IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>KLAUS PETRY,<br><br>    Defendant and Judgment Debtor.<br><br>BANK OF AMERICA, N.A.,<br>(and its Successors and Assignees)<br><br>    Garnishee. | CASE NO. 2:18-MC-00011-KJM-CKD<br><br>**ORDER TERMINATING THE WRIT OF CONTINUING GARNISHMENT (BANK ACCOUNTS)** |

The Court, having reviewed the court files and the United States' Application for Order Terminating the Writ of Continuing Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Garnishment issued under this miscellaneous case number is TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(A) and this case is hereby CLOSED.

IT IS SO ORDERED.

Dated: March 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE